# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD
CLERK OF COURT

WESTERN DIVISION

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210



August 4, 2005

RE: Jarvis D. Cohen vs. State of Tennessee

Attn: ALL PARTIES ON RECORD

The above styled case has been transferred to this office from the Eastern District of Tennessee (Winchester). This action is designated as **05cv2543-B/P**, and assigned to Judge J. Daniel Breen and Magistrate Judge Tu M. Pham.

Please use our 05cv2543-B/P on all pleadings and correspondence relating to this case. **ORIGINAL** and **TWO COPIES** of all pleadings should be filed in this office.

Sincerely,
Thomas M. Gould, Clerk of Court

BY: *Earline Grayer*
Deputy Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02543 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Jarvis D. Cohen
SOUTHEASTERN TENNESSEE STATE REGIONAL CORRECTIONAL FACILITY
309453
Route 4, Box 600
Pikesville, TN 37367

Honorable J. Breen
US DISTRICT COURT